

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00401-CV

**MESHBESHER & SPENCE, LTD.** and Konstandinos Nicklow,
Appellants

v.

**SHUMWAY VAN**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-24208
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: June 2, 2021

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

On May 27, 2021, appellants filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a). The unopposed motion states the parties have resolved their outstanding disputes and entered into a settlement agreement. The motion is granted, and this appeal is dismissed. *See id*. Costs of appeal are taxed against appellants. *See id*. 42.1(d).

PER CURIAM